**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

ROBERT JAMES BLY                                                                                          PLAINTIFF

V.                                           NO: 4:10CV01665 BSM/HDY

KIM DODSON *et al.*                                                                                     DEFENDANTS

## ORDER

Plaintiff, currently held at the Pope County Detention Center, filed this complaint on November 16, 2010, alleging that, for 17 days, he received a 450 mg dose of his psychiatric medication instead of the normal 300 mg. It appeared that Plaintiff named as Defendants Kim Dodson, Regina Myers, and Travis Pruitt, along with unnamed Does. On November 19, 2010, the Court ordered Plaintiff to, within 30 days, file an amended complaint which specified the constitutional violations he alleges were committed by each Defendant, and the harm he suffered as a result (docket entry #4).

On November 24, 2010, Plaintiff filed a notice informing the Court that Dodson, Myers, and Pruitt, are not the individual he believes are at fault (docket entry #6). Apparently Dodson, Myers, and Pruitt, are detention center guards, and Plaintiff faults the "medical staff," for the dosage problem. Because it is apparent that Plaintiff does not wish to pursue a claim against Dodson, Myers, or Pruitt, Plaintiff must also include in his amended complaint the names of the medical staff members he believes are responsible for the alleged constitutional violations. Plaintiff remains responsible for providing the names, along with the other information requested in the Court's November 19, 2010, order, no later than 30 days after the entry of this order. Plaintiff's failure to do so will result in the recommended dismissal of his complaint.

IT IS SO ORDERED this  3   day of December, 2010.

                                                                                       _____
                                                                                       UNITED STATES MAGISTRATE JUDGE