**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

ROBERT JAMES BLY                                                                                    PLAINTIFF

V.                                       NO: 4:10CV01665 BSM/HDY

KIM DODSON *et al.*                                                                            DEFENDANTS

**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition has been sent to United States District Judge Brian S. Miller.  Any party may serve and file written objections to this recommendation.  Objections should be specific and should include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations.  The copy will be furnished to the opposing party.  Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The detail of any testimony desired to be introduced at the

>hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

>Clerk, United States District Court
>Eastern District of Arkansas
>600 West Capitol Avenue, Suite A149
>Little Rock, AR 72201-3325

## **DISPOSITION**

Plaintiff filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, (docket entry #2) on November 16, 2010, alleging that, for 17 days, he received a 450 mg dose of his psychiatric medication instead of the normal 300 mg. It appeared that Plaintiff named as Defendants Kim Dodson, Regina Myers, and Travis Pruitt, along with unnamed Does. On November 19, 2010, the Court ordered Plaintiff to file an amended complaint which specified the constitutional violations he alleges were committed by each Defendant, and the harm he suffered as a result (docket entry #4).

On November 24, 2010, Plaintiff filed a notice informing the Court that Dodson, Myers, and Pruitt, are not the individuals he believes are at fault (docket entry #6). Apparently Dodson, Myers, and Pruitt, are detention center guards, and Plaintiff faulted the "medical staff" for the dosage problem. Therefore, on December 3, 2010, Plaintiff was ordered to file an amended complaint naming the individuals he believes are responsible for alleged constitutional violations (docket entry #7). Plaintiff was warned that his failure to comply within 30 days would result in the recommended

dismissal of his complaint.

More than 30 days have passed, and Plaintiff has not filed the amended complaint as ordered, and mail sent to his address of record has been returned as undeliverable (docket entries #9 & #10). Under these circumstances, the Court concludes that Plaintiff's complaint should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2), and for failure to respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

2. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this   13   day of January, 2011.

                                                              UNITED STATES MAGISTRATE JUDGE