# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### LITTLE ROCK DIVISION

**ROBERT JAMES BLY**                                                                             **PLAINTIFF**

**v.**                         **CASE NO: 4:10cv01665 BSM**

**KIM DODSON, et al.**                                                                      **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young have been reviewed. No objections have been filed. After careful consideration, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and failure to respond to the December 3, 2010, order.

2. It is certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 20th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE