UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**ROBERT JAMES BLY**                                                                                   **PLAINTIFF**

**v.**                                            **CASE NO: 4:10cv01665 BSM**

**KIM DODSON, et al.**                                                                            **DEFENDANTS**

### JUDGMENT

Pursuant to the order filed today, judgment is entered dismissing this case without prejudice; the relief sought is denied. It is further certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 20th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE